**MILESBURG BOROUGH, GENERAL FUND, Milesburg, PA 16853**

Employee
Frederick T Kellerman, 302 Dell Street, Bellefonte, PA 16823

SSN: ****
Status (Fed/State): Single/Withhold
Pay Period: 04/01/2017 - 06/30/2017
Allowances/Extra: Fed-0/0/PA-0/0
Pay Date: 06/30/2017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salaries-Elected Official | 2:00 | | 180.00 | 360.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Local Income Tax | -4.59 | -9.18 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -11.16 | -22.32 |
| Medicare Employee | -2.61 | -5.22 |
| PA - Withholding | -5.53 | -11.06 |
|  | -23.89 | -47.78 |

Net Pay: 156.11    312.22

Milesburg Borough, PO Box 518, Milesburg, PA 16853

---

**MILESBURG BOROUGH, GENERAL FUND, Milesburg, PA 16853**

Employee
Ethel L Kellerman, 302 Dell Street, Bellefonte, PA 16823

SSN: ****
Status (Fed/State): Married/Withhold
Pay Period: 04/01/2017 - 06/30/2017
Allowances/Extra: Fed-0/0/PA-0
Pay Date: 06/30/2017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salaries-Elected Official | 1:00 | | 150.00 | 300.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Local Income Tax | -3.83 | -7.66 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -9.30 | -18.60 |
| Medicare Employee | -2.17 | -4.35 |
| PA - Withholding | -4.61 | -9.22 |
|  | -19.91 | -39.83 |

Net Pay: 130.09    260.17

Milesburg Borough, PO Box 518, Milesburg, PA 16853