```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02553-JJT
Frederick T. Kellerman                                          Chapter 7
Ethel Louise Kellerman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: admin          Page 1 of 1          Date Rcvd: Oct 06, 2017
                              Form ID: fnldecac    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2017.
db/jdb         +Frederick T. Kellerman,   Ethel Louise Kellerman,   302 Dell Street,
                Bellefonte, PA 16823-4929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Embrace Home Loans, Inc. bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              W. David Todd    on behalf of Joint Debtor Ethel Louise Kellerman boalsburg@hotmail.com,
               dwdt@aol.com
              W. David Todd    on behalf of Debtor Frederick T. Kellerman boalsburg@hotmail.com, dwdt@aol.com
                                                                                                 TOTAL: 5

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Frederick T. Kellerman  
dba Frederick T. Kellerman Tax Preparation  
302 Dell Street  
Bellefonte, PA 16823

Chapter 7  
Case No. 4:17−bk−02553−JJT

Ethel Louise Kellerman  
fdba Ethel L. Kellerman Day Care  
302 Dell Street  
Bellefonte, PA 16823

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−9748  
xxx−xx−6627

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John P Neblett (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: October 5, 2017

BY THE COURT  
By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk